```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
KWOK CHING YU,                                                    :
                                                                  :
                              Plaintiff,                          :
                                                                  :      19-cv-6666 (LJL)
        -v-                                                       :
                                                                  :      ORDER
UNITED STATES OF AMERICA,                                         :
                                                                  :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2020

LEWIS J. LIMAN, United States District Judge:

WHEREAS the Court denied the petition for a writ of *audita querela* on March 16, 2020, *see* Dkt. No. 11, the Clerk of Court is respectfully directed to close the case.

The Court will mail a copy of this Order and its March 16, 2020 Opinion & Order to Petitioner.

SO ORDERED.

Dated: May 6, 2020
       New York, New York
                                                    _____
                                                            LEWIS J. LIMAN
                                                        United States District Judge